*102*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 4 2018

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-18-318-S1 |
| § | |
| JUAN ALBERTO GONZALEZ-VALDEZ § | |
| FABIAN JESUS MUNOZ § | |
| RICARDO RUIZ § | |
| § | |

### SEALED SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

#### Count One

#### Introduction

At all times material to this Indictment:

1. **JUAN ALBERTO GONZALEZ-VALDEZ** is a tow truck driver currently employed by Hnos Rodriguez Guros Inc. and was so employed with Hnos Rodriguez Guros Inc. in May 2017.

2. **RICARDO RUIZ**, during May 2017, was a sworn peace officer licensed by the Texas Commission on Law Enforcement Standards on or about September 26, 2005.

3. **RICARDO RUIZ** was commissioned as an officer with the McAllen Police Department from on or about May 9, 2005 to on or about July 27, 2017.

4. **RICARDO RUIZ** was a federal task force officer with the Drug Enforcement Administration from April 19, 2014 to April 11, 2017.

5. Hnos Rodriguez Guros, Inc., is a wrecker service registered and incorporated in the State of Texas. The company has been registered and incorporated since June 2010. The wrecker service has three trucks utilized in its business and registered with the Texas Department of

Licensing and Regulation. The operation of the business by individual drivers affects interstate commerce.

### Conspiracy

On or about May 5, 2017, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

**JUAN ALBERTO GONZALEZ-VALDEZ**
**FABIAN JESUS MUNOZ**
**RICARDO RUIZ**
**and**

did knowingly and intentionally combine, conspire and agree with each other, and with other persons known and unknown to the Grand Jury, to knowingly and unlawfully obstruct, delay and affect interstate commerce by means of extortion, in that JUAN ALBERTO GONZALEZ-VALDEZ, FABIAN JESUS MUNOZ, RICARDO RUIZ, and                obtained, under color of official right, a 2013 Cadillac ATS from S.R., with such person's consent.

### Manner and Means of the Conspiracy

It was a part of the conspiracy that FABIAN JESUS MUNOZ, RICARDO RUIZ, and                along with JUAN ALBERTO GONZALEZ-VALDEZ, did agree to obtain a 2013 Cadillac ATS from S.R.

### Overt Acts

In furtherance of the conspiracy described and to effect the objects of the conspiracy thereof, the defendants performed or caused the performance of the following Overt Acts, among others not described herein, in the Southern District of Texas.

1. On or about October 2016, FABIAN JESUS MUNOZ (hereinafter "MUNOZ") advised a tow truck driver, JUAN ALBERTO GONZALEZ-VALDEZ (hereinafter "GONZALEZ"), that MUNOZ knew a law enforcement officer who worked at the Drug Enforcement Administration (hereinafter "DEA") who could provide assistance to GONZALEZ if GONZALEZ ever needed any assistance in doing his job.

2. On or about April 27, 2017, _____ asked GONZALEZ to acquire a vehicle, namely, a 2013 Cadillac ATS which was possessed by S.R., and that ____ claimed belonged to him.

3. On or about the same date, GONZALEZ contacted MUNOZ and asked MUNOZ to obtain the assistance of MUNOZ's law enforcement friend in connection with the acquisition of the vehicle for __.

4. On or about April 28, 2017, MUNOZ advised GONZALEZ that it would cost $1,100 for the services of MUNOZ's law enforcement friend. GONZALEZ subsequently advised ____ that the charges for the tow services would be $1,800 dollars since GONZALEZ needed assistance from MUNOZ's law enforcement friend.

5. On or about May 1, 2017, approximately $1,800 was provided to GONZALEZ on behalf of ____ to pay for the acquisition of S.R.'s vehicle by GONZALEZ.

6. On or about May 5, 2017, GONZALEZ met with MUNOZ and his law enforcement friend, RICARDO RUIZ (hereinafter "RUIZ"), regarding the acquisition of the 2013 Cadillac ATS, from S.R. On that date, MUNOZ and RUIZ, accompanied GONZALEZ to S.R.'s residence located in San Juan, Texas, in order to obtain the vehicle.

7. On or about May 5, 2017, in an effort to obtain the vehicle, RUIZ approached S.R.'s residence wearing clothing with the word "police" on it and displaying a holstered firearm and a badge, and advised S.R. that RUIZ was a police officer and that GONZALEZ needed to obtain the 2013 Cadillac ATS.

8. On or about May 5, 2017, RUIZ advised S.R., the owner of the 2013 Cadillac ATS, that RUIZ was with the police, specifically DEA, and that the vehicle was going to be towed because of a law enforcement investigation.

9. On that date, S.R. voluntarily consented to the vehicle being removed from his residence by GONZALEZ due to RUIZ being a law enforcement official and RUIZ advising him that the vehicle was the subject of a law enforcement investigation.

10. On or about May 5, 2017, GONZALEZ met with RUIZ and MUNOZ and paid RUIZ and MUNOZ $1,100 for their assistance.

11. On or about May 6, 2017, ⎯⎯⎯ advised GONZALEZ that GONZALEZ had to return the money provided to GONZALEZ since the San Juan Police Department recovered the vehicle from GONZALEZ and returned the vehicle to S.R.

In violation of Title 18, United States Code, Section 1951(a).

## Count Two

On or about May 5, 2017, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

**JUAN ALBERTO GONZALEZ-VALDEZ**
**FABIAN JESUS MUNOZ**
**RICARDO RUIZ**
⎯⎯⎯ **and** ⎯⎯⎯

did knowingly and unlawfully obstruct, delay and affect and attempt to obstruct, delay and affect interstate and foreign commerce and the movement of articles and commodities in interstate and foreign commerce, in that JUAN ALBERTO GONZALEZ-VALDEZ, FABIAN JESUS MUNOZ, RICARDO RUIZ, and ⬛⬛⬛ unlawfully obtained a 2013 Cadillac ATS in San Juan, Texas, from S.R. with S.R.'s consent induced by color of official right, in exchange for RICARDO RUIZ receiving approximately $1,000 in U.S. Currency.

In violation of Title 18, United States Code, sections 1951(a) and 2.

## Count Three

On or about May 5, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

## RICARDO RUIZ

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Drug Enforcement Administration Agent, and in such assumed and pretended character with intent to defraud did falsely obtain a thing of value, in that he obtained a 2013 Cadillac ATS from S.R.

In violation of Title 18, United States Code, Section 912.

## Count Four

On or about July 26, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

## RICARDO RUIZ

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, the Office of Inspector General, by stating that he did not participate in the

seizure or removal of a vehicle from a residence in San Juan, Texas, on May 5, 2017, when in truth and fact, the defendant knew that he did so participate in removing a vehicle from a residence in San Juan, Texas, on May 5, 2017.

In violation of Title 18, United States Code, Section 1001(a)(2).

## Count Five

On or about July 26, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**RICARDO RUIZ**

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, the Office of Inspector General, by stating that he did not state he was with the Drug Enforcement Administration while participating in the removal of a vehicle from a residence in San Juan, Texas, on May 5, 2017, when in truth and fact, the defendant did so state that he was with the Drug Enforcement Administration while participating in the removal of a vehicle from a residence in San Juan, Texas, on May 5, 2017.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY